**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Steven JOBE, Defendant—Appellant.**

No. 03–10135.

D.C. No. CR–00–00258–2–DAE.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 14, 2003.

J. Michael Seabright, U.S. Attorney's Office, Honolulu, HI, for Plaintiff–Appellee.

Alexander Silvert, Appointed Fed. Public Defender, Office of the Federal Public Defender, Honolulu, HI, for Defendant–Appellant.

Before KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM**

Steven Jobe appeals the district court's judgment revoking probation and imposing a 24–month sentence. He originally pleaded guilty to a counterfeiting conspiracy, in violation of 18 U.S.C. § 371. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jobe's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.